UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUGH,<br>        Plaintiff,<br><br>v.<br><br>SEIU LOCAL 521,<br>        Defendant. | 18-cv-04902-VC<br><br>**JUDGMENT** |

Having granted summary judgment in the defendant's favor, the Court hereby enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 20, 2019

_____
VINCE CHHABRIA
United States District Judge